UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRELL MCKAY, an individual,                                     Civil No. 04-1569-PK

                    Plaintiff,                                    ORDER ADOPTING FINDINGS
                                                                  AND RECOMMENDATION

          v.

ALBERTSONS, INC., a foreign business
corporation,

                    Defendant.

_____

      Magistrate Judge Paul Papak issued a Findings and Recommendation [56] recommending

that defendant Albertsons' Motion for Summary Judgment [31] be denied.  Albertsons timely

filed objections, and the disputed Findings and Recommendation was referred to this Court for

review.

      When a party objects to any portion of the Magistrate's Findings and Recommendation, a

District Court must make a *de novo* determination of that portion of the Magistrate's report.  28

U.S.C. § 636(b)(1)(B);  *McDonnell Douglas Corp v Commodore Bus. Mach., Inc.*, 656 F.2d

1309, 1313 (9th Cir. 1981).

      The Court has given the file of this case a *de novo* review, and has also carefully

evaluated the Magistrate's Findings and Recommendation, the objections, and the Record of the

case.

Page - 1   ORDER ADOPTING FINDINGS AND RECOMMENDATION

Defendant Albertsons objected on a number of  bases but asserted that Magistrate Papak

ignored or overlooked plaintiff's permanent lifting restriction.  Plaintiff argued that there are a

number of ways he could avoid the specified ICS lifting requirements.  *See plaintiff's Response*

*[65] at 4.*

A District Court may affirm a Magistrate Judge's Findings and Recommendations on any

other ground supported by the record.  *See Gemtel Corp. v. Cmty. Redevelopment agency,* 23

F.3d 1542, 1546 (9th Cir.1994).

The objections are DENIED, and the Findings and Recommendation is ADOPTED in its

entirety.

DATED this __3___ day of August, 2006.


__/s/Ancer L.Haggerty_____
                Ancer L. Haggerty
            Chief U. S. District Court Judge