IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRELL McKAY,

                Plaintiff(s),    Civil No. 04-1569-JO

     v,                             ORDER OF DISMISSAL

ALBERTSON'S INC.,
a foreign business corporation,

                Defendant(s).

       The Court having been informed by counsel for the parties that this action has been settled,

       IT IS HEREBY ORDERED this action is dismissed with prejudice and without costs and with leave, upon good cause shown, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.  Pretrial conference set for April 5, 2007, and Jury trial set to begin April 17, 2007, are stricken.

       DATED:     February 26, 2007.

                                         /s/ Cindy A. Schultz
                                        CINDY A. SCHULTZ
                                        DEPUTY COURT CLERK